**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   TRENA M WHITAKER          §          Case No.: 07-07148
                                   §
                                   §
         Debtor(s)                 §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/20/2007.

2) This case was confirmed on 08/20/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/22/2009.

5) The case was dismissed on 11/30/2009.

6) Number of months from filing to the last payment: 30

7) Number of months case was pending: 34

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,500.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 8,774.50 |
| Less amount refunded to debtor | $ 475.01 |
| **NET RECEIPTS** | $ 8,299.49 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,274.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 580.07 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,854.07 |
| Attorney fees paid and disclosed by debtor | $ 1,726.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CENTRIX FUNDS | SECURED | 4,312.99 | .00 | 3,000.00 | 3,000.00 | 98.15 |
| CENTRIX FUNDS | UNSECURED | 1,312.99 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,518.74 | 2,878.81 | 2,878.81 | 1,967.42 | .00 |
| ALLIED INTERSTATE | UNSECURED | 95.33 | NA | NA | .00 | .00 |
| AVA WOMENS HEALTH | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| BRYLANE HOME | UNSECURED | 80.94 | 80.94 | 80.94 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 501.00 | 516.71 | 516.71 | .00 | .00 |
| CASH FLOW CONSULTANT | UNSECURED | 96.22 | NA | NA | .00 | .00 |
| CASH FLOW CONSULTANT | UNSECURED | 664.28 | NA | NA | .00 | .00 |
| CASH LOANS TODAY | UNSECURED | 517.00 | 845.00 | .00 | .00 | .00 |
| CREDIT BUREAU ACCOUN | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 620.00 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 620.50 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| CITY OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| DR ROBERT LAWLER JR | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| CROSSINGS | UNSECURED | 75.94 | NA | NA | .00 | .00 |
| CSI LOAN EXPRESS | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| CUSTOMER SERVICE CEN | UNSECURED | 26.93 | NA | NA | .00 | .00 |
| RIVERSIDE OB GYN SC | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| FRED J DE LA COTERA | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 663.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LAWLER MD | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| GENESIS CLINICAL LAB | UNSECURED | 121.05 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 450.87 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1,390.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 1,390.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JEWELS | UNSECURED | 73.70 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 288.20 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,334.00 | 4,453.48 | 4,453.48 | .00 | .00 |
| HOSPITALITY FCU | UNSECURED | 810.00 | 701.83 | .00 | .00 | .00 |
| HOSPITALITY FCU | UNSECURED | 1,325.62 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 576.00 | 576.46 | 576.46 | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 2,043.00 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 423.00 | NA | NA | .00 | .00 |
| ACMC PHYSICIAN SERVI | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| INTEVIEW | UNSECURED | 9.95 | NA | NA | .00 | .00 |
| JAMES D IZZO DDS | UNSECURED | 14.71 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 418.00 | 418.41 | 418.41 | .00 | .00 |
| JET MAGAZINE | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| JOHN H STROGER JR HO | UNSECURED | 121.56 | NA | NA | .00 | .00 |
| JOHN H STROGER JR HO | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RICHARD R DELLA LAW | UNSECURED | 746.00 | NA | NA | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 450.00 | 360.00 | 360.00 | .00 | .00 |
| MEADOWS CREDIT UNION | SECURED | 177.92 | 4,312.49 | .00 | .00 | .00 |
| RUSH PRESBYTERIAN EM | UNSECURED | 247.00 | NA | NA | .00 | .00 |
| MEDICAL IMAGINING PR | UNSECURED | NA | NA | NA | .00 | .00 |
| MEMBER SERVICE CENTE | UNSECURED | 80.70 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 1,162.00 | 1,214.78 | 1,214.78 | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 695.00 | 695.08 | 695.08 | .00 | .00 |
| NATION CREDIT AUDIT | UNSECURED | 11.97 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 2,665.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | 17.94 | NA | NA | .00 | .00 |
| NORTHWEST PREMIUM SE | UNSECURED | 36.03 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 84.90 | NA | NA | .00 | .00 |
| OAK PARK PHYSICIANS | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| OAK PARK PHYSICIANS | UNSECURED | 198.20 | NA | NA | .00 | .00 |
| ORTHOPEDIC SPECIALIS | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| MT SINAI HOPITAL MED | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| OTERO MD | UNSECURED | 13.46 | NA | NA | .00 | .00 |
| PAYDAY LOAN SERVICE | UNSECURED | 400.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRIMECARE COMMUNITY | UNSECURED | 22.10 | NA | NA | .00 | .00 |
| PROTOCOL RECOVERY | UNSECURED | 69.90 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| REVENUE PRODUCTION M | UNSECURED | 258.52 | NA | NA | .00 | .00 |
| RIVERSIDE OB GYN | UNSECURED | 115.02 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| OAK PARK HOSPITAL | UNSECURED | 27.40 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 567.00 | NA | NA | .00 | .00 |
| ST ELIZABETH | UNSECURED | 308.52 | NA | NA | .00 | .00 |
| ST ELIZABETH | UNSECURED | 1,434.90 | NA | NA | .00 | .00 |
| SCA/CROSSING POINT | UNSECURED | 4.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 534.60 | 563.95 | 563.95 | .00 | .00 |
| SINAI MEDICAL GROUP | UNSECURED | 264.80 | NA | NA | .00 | .00 |
| SINAI MEDICAL GROUP | UNSECURED | 319.80 | NA | NA | .00 | .00 |
| SME PATHOLOGISTS SC | UNSECURED | 12.60 | NA | NA | .00 | .00 |
| SUBURBAN UROLOGY ASS | UNSECURED | 400.84 | NA | NA | .00 | .00 |
| SUNRISE CREDIT | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| OAK LAWN RADIOLOGY I | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8,469.00 | 8,618.35 | 8,618.35 | .00 | .00 |
| BRYLANE HOME | UNSECURED | 80.94 | NA | NA | .00 | .00 |
| VILLAGE IMAGING PROF | UNSECURED | 10.70 | NA | NA | .00 | .00 |
| VILLAGE IMAGING PROF | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | NA | 1,873.80 | 1,873.80 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 6.58 | 6.58 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NA | 2,050.00 | 2,050.00 | .00 | .00 |
| MORTGAGE ELECTRONIC | SECURED | NA | .00 | .00 | .00 | .00 |
| NEWPORT NEWS | UNSECURED | 346.49 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | NA | 1,873.80 | 1,873.80 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 2,019.03 | 2,019.03 | 1,379.85 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 337.81 | 337.81 | .00 | .00 |
| HOSPITALITY FCU | SECURED | NA | 701.83 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 3,000.00 | 3,000.00 | 98.15 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,000.00 | 3,000.00 | 98.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,897.84 | 3,347.27 | .00 |
| **TOTAL PRIORITY:** | 4,897.84 | 3,347.27 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,640.15 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,854.07 |
| Disbursements to Creditors | $ | 6,445.42 |
| **TOTAL DISBURSEMENTS:** | $ | 8,299.49 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    02/22/2010                                         /s/ Tom  Vaughn
                                                             Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**